No. 88–955.   COMMISSIONER OF INTERNAL REVENUE *v.* MERIT LIFE INSURANCE CO.   C. A. 7th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Colonial American Life Ins. Co.* v. *Commissioner*, 491 U. S. 244 (1989).

No. 88–1063.   TENNESSEE *v.* TURNER.   C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Alabama* v. *Smith*, 490 U. S. 794 (1989).

No. 88–1282.   BROWN-FORMAN CORP. *v.* TENNESSEE ALCOHOLIC BEVERAGE COMMISSION ET AL.   C. A. 6th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Healy* v. *The Beer Institute*, 491 U. S. 324 (1989).

No. 88–1486.   SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ET AL. *v.* TRANSPORT WORKERS' UNION OF PHILADELPHIA, LOCAL 234, ET AL.   C. A. 3d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Consolidated Rail Corporation* v. *Railway Labor Executives' Assn.*, 491 U. S. 299 (1989).

No. 88–1493.   SOBOL, COMMISSIONER, NEW YORK STATE DEPARTMENT OF EDUCATION *v.* BURR, BY HIS PARENTS AND NEXT FRIENDS, BURR ET AL.   C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dellmuth* v. *Muth*, 491 U. S. 223 (1989).

No. 88–1653.   UNITED TRANSPORTATION UNION *v.* SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ET AL.   C. A. 3d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Skinner* v. *Railway Labor Executives' Assn.*, 489 U. S. 602 (1989).